**Sidney M. WOLFE, M.D., et al.**

v.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

**No. 86–5017.**

United States Court of Appeals, District of Columbia Circuit.

July 2, 1987.

Before WALD, Chief Judge, and ROBINSON, MIKVA, EDWARDS, GINSBURG, BORK, STARR, SILBERMAN, BUCKLEY, WILLIAMS and GINSBURG, Circuit Judges.

### ORDER

PER CURIAM.

Appellants' suggestion for rehearing *en banc* has been circulated to the full court. The taking of a vote thereon was requested. Thereafter, a majority of the judges of the court in regular active service voted in favor of the suggestion. Accordingly, it is

ORDERED, by the Court *en banc*, that appellants' suggestion for rehearing *en banc* is granted, and it is

FURTHER ORDERED, by the Court *en banc*, that the judgment, the opinion of the Court and the dissenting opinion, all filed

on April 7, 1987, 815 F.2d 1527, be, and the same hereby are, vacated.

A future order of the court will govern further proceedings herein.